# United States Court of Appeals for the Federal Circuit

———————————

October 24, 2019

**ERRATUM**

———————————

Appeal Nos. 2018-1509, 2018-1510

**JAKE LATURNER, TREASURER OF THE STATE OF KANSAS, ANDREA LEA, IN HER OFFICIAL CAPACITY AS AUDITOR OF THE STATE OF ARKANSAS,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

———————————

Decided:  August 13, 2019
Precedential Opinion

———————————

Please make the following change:

Page 19, line 22, change "hours" to "years."